UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 22-46936

NATHANIEL PRESTON GEE, JR., *pro se*,  Chapter 7

    Debtor.  Judge Thomas J. Tucker
_____/

## ORDER DENYING THE MOTION "FOR PERMANENT WAIVER OF CREDIT COUNSELING" (DOCKET # 13)

This case is before the Court on the motion entitled "Affidavit/Motion for Permanent Waiver of Credit Counseling," filed on September 14, 2022 (Docket # 13, the "Motion"). The Court construes the Motion as seeking a permanent waiver of the credit counseling requirement to be a debtor under 11 U.S.C. § 109(h)(1). The Court must deny the Motion, because the Motion does not allege any basis for the relief sought. It does not allege any ground under 11 U.S.C. § 109(h)(4) (*i.e.*, that the Debtor "is unable to complete [the requirements of 11 U.S.C. § 109(h)(1)] because of incapacity, disability, or active military duty in a military combat zone") that would make 11 U.S.C. § 109(h)(1) inapplicable to the Debtor. And the Motion seeks the relief under 11 U.S.C. § 109(h)(3), but that section does not authorize a permanent waiver of the credit counseling requirement. The allegations in the Motion do not allege any valid ground for the relief sought.

Accordingly,

IT IS ORDERED that the Motion (Docket # 13) is denied.

Signed on September 16, 2022



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**