UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 22-46936

NATHANIEL PRESTON GEE, JR., *pro se*,  Chapter 7

          Debtor.  Judge Thomas J. Tucker
_____/

**ORDER DENYING MOTION TO EXTEND DEADLINE
TO FILE MISSING DOCUMENTS (DOCKET # 14)**

This case is before the Court on the motion entitled "Affidavit/Motion For/To Extend Deadline," filed on September 14, 2022 (Docket # 15, the "Motion"). The Motion apparently seeks a 45-day extension of a 7-day deadline to file certain missing documents, stated in the "Notice of Deficient Filing" filed on September 2, 2022 (Docket # 5) (noting: "Acceptable List of Creditors Missing, Bankruptcy Petition Cover Sheet Missing, and Motion to Excuse Credit Counseling (109)(h)(4) Missing.") The Court will deny the Motion, because the Motion does not allege or demonstrate good cause for the relief sought.

Accordingly,

IT IS ORDERED that the Motion (Docket # 15) is denied.



**Signed on September 16, 2022**

/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**